**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Earnest Jerome Taylor, dba T&S Enterprises, and Lisa Taylor

Appellate case number:    01-17-00357-CV

Trial court case number:  CI55847

Trial court:              County Court at Law No. 2 and Probate Court of Brazoria County

Relators, Earnest Jerome Taylor, dba T&S Enterprises, and Lisa Taylor, have filed a petition for a writ of injunction and requested emergency relief. Relators seek issuance of a writ of injunction to prevent their "interlocutory appeal from becoming moot." The petition reflects that relators have filed a notice of interlocutory appeal of the trial court's denial of their request for a temporary injunction. *See* TEX. R. APP. P. 25.1(a), (b).

We **grant** the request for emergency relief. *See* TEX. R. APP. P. 52.10(b). Execution on the judgment rendered in cause numbers CI55598 and CI55602 in the County Court at Law No. 2 and Probate Court of Brazoria County, on April 13, 2017, including but not limited to collecting on the appeal bond, executing upon any writ of possession, or taking other steps to evict relators or their personal property from the real property at issue is **stayed**. The stay is effective until disposition of the petition for a writ of injunction or further order of this Court.

The Court requests a response to the petition from the real parties in interest. **The response, if any, is due to be filed with this Court no later than 14 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                     ☑ Acting individually    ☐ Acting for the Court

Date: May 19, 2017